**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 282 MAL 2022

           Respondent            :

                                        :   Petition for Allowance of Appeal
                                        :   from the Order of the Superior Court

           v.                      :

                                        :

SHAWN JONES,                       :

           Petitioner              :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 17th day of October, 2022, the Petition for Allowance of Appeal is

**DENIED**.  The Application for Remand and Withdrawal of Counsel is also **DENIED**.